# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
G. E. Capital Information Technology Solutions, Inc. **06-210 C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Thomas G. Berndsen

Firm Name: Law Offices of Thomas G. Berndsen, PC

Post Office Box:

Street Address: 1650 Des Peres Rd., Suite 135

City-State-Zip: St. Louis, Missouri 63131

Telephone & Facsimile Numbers: (314) 965-5600 (314) 965-5650

E-mail address: thomasg@berndsenpc.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A

**See attached Sheet for three digit code.**

Amount Claimed: $ 160,000.00 +

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005