IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., Plaintiff, | ) | Electronic Filing |
| v. | ) | No. 06-210C |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SEAN McNAMARA as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SEAN McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ SEAN McNAMARA
SEAN McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7573
Fax: (202) 514-8624

April 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. The parties may access this filing through the Court’s system.

s/ SEAN McNAMARA