**IN THE UNITED STATES COURT OF FEDERAL CLAIAM**

| | | |
|---|---|---|
| G. E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-210 C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

---

**Corporate Disclosure Statement**

---

COMES NOW Plaintiff G. E. Capital Information Technology Solutions, Inc., by and through its undersigned attorneys and, pursuant to RCFC 7.1, states that it has not issued shares to the public. G. E. Capital Information Technology Solutions, Inc. is wholly owned by General Electric Capital Corporation which has issued shares to the public. In addition, General Electric Capital Corporation owns a 51% interest in Genworth Financial, Inc., which has issued shares to the public. There are no other parent or subsidiary companies or affiliates of G. E. Capital Information Technology Solutions, Inc. which have issued shares to the public.

**Law Offices of**
**Thomas G. Berndsen, P.C.**

By:_________/s/_________________
Thomas G. Berndsen, MBE#32726
1650 Des Peres Road, Suite 135
St. Louis, Missouri 63131-1899
(314) 965-5600
(314) 965-5650 (Facsimile)
thomasg@berndsenpc.com
Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was deposited in the U.S. Mail, postage prepaid, first-class, and addressed to **Mr. Sean McNamara**, Commercial Litigation Branch, Civil Division, United States Department of Justice, Classification Unit, 8th Floor, 1100 L Street, N.W., Washington, DC 20530, Attorney for Defendant USA, and that the undersigned electronically filed the foregoing with the Clerk of the court using the CM/ECF system which sent notification of such filing to said counsel, on July 27, 2006.

___________/s/________________
Thomas G. Berndsen
1650 Des Peres Road, Suite 135
St. Louis, Missouri 63131-1899