# In the United States Court of Federal Claims

Case No. 06-210C
(Filed: September 28, 2006)

****************************************************
G.E. CAPITAL INFORMATION *
TECHNOLOGY SOLUTIONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court held a preliminary status conference in the above-captioned case on September 27, 2006. This Order confirms the matters decided at that conference.

The Parties briefly described the claim, which involves an alleged equipment lease contract, which Plaintiff acquired, between IOS Capital, Inc., and the Veteran's Health Administration, an agency of the U.S. Department of Veterans Affairs.

As per the Parties' agreement, fact discovery will close on **February 2, 2007**. The Parties shall file a Joint Status Report (JSR) no later than **January 12, 2007,** informing the Court of the following:

- Verification that fact discovery will conclude as agreed.

- Verification that Defendant still intends to file a dispositive motion.

- Whether Plaintiff intends to file a cross motion. If so, Parties shall propose a modified briefing schedule to accommodate the additional filing.

**The Government indicates that it will file a dispositive motion by March 2, 2007. The Plaintiff's response is due April 6, 2007, and the Defendant's reply is due May 4, 2007. Parties shall file a Consolidated Statement of Uncontroverted Facts no later than May 11, 2007.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge