IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-210 C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Joint Status Report**

In compliance with the court's September 28, 2006, Order, the parties submit this Joint Status Report.

1. The parties initially agreed to conclude discovery by February 2, 2007, but have agreed to extend the discovery cut-off date to March 2, 2007.

2. Defendant intends to file a dispositive motion.

3. Plaintiff does not intend to file a dispositive motion.

Respectfully Submitted,

**Law Offices of**
**Thomas G. Berndsen, P.C.**

By:
____________/s/________________
Thomas G. Berndsen
1650 Des Peres Road, Suite 135
St. Louis, Missouri 63131-1899
(314) 965-5600
(314) 965-5650 (Facsimile)
thomasg@berndsenpc.com
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20005
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

Dated: January 11, 2007