IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | Case No. 06-210 C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Dismissal Without Prejudice**

By consent between the parties, Plaintiff G. E. Capital Information Technology Solutions, Inc. dismisses without prejudice its Complaint and all of its claims and causes of action herein against Defendant The United States. Each party to pay its own costs and attorney fees.

IT IS SO ORDERED

______________________________
LAWRENCE M. BASKIR
Judge

**Law Offices of**
**Thomas G. Berndsen, P.C.**

By:
____________/s/________________
Thomas G. Berndsen
1650 Des Peres Road, Suite 135
St. Louis, Missouri 63131-1899
(314) 965-5600
(314) 965-5650 (Facsimile)
thomasg@berndsenpc.com
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick by Todd M. Hughes
MARK A. MELNICK
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20005
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

Dated: February _______, 2007