# In the United States Court of Federal Claims

Case No. 06-210C
(Filed: February 15, 2007)

*****************************************************
G.E. CAPITAL INFORMATION *
TECHNOLOGY SOLUTIONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

By consent between the parties, the Complaint and all of its claims and causes of action against the Defendant in this matter is DISMISSED without prejudice. Each party is to bear its own costs and attorney fees.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge