# In the United States Court of Federal Claims

**No. 06-210 C**

**G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 15, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. Each party shall bear its own costs and attorney fees.

John S. Buckley
Acting Clerk of Court

**June 12, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.